PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT

for

Southern District of New York

U.S.A. vs. Khan, et al            Docket No. 07 CR 711

*USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/3/08*

### Petition for Action on Conditions of Pretrial Release

COMES NOW ___John Moscato___ PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant ___Pradipt Sharma___ who was placed under pretrial release supervision by the Honorable ___Andrew J. Peck___ sitting in the court at ___500 Pearl Street___, ___NY___ date ___August 15___, ___2007___ under the following conditions:

$250,000 bond, secured by $25,000 cash, cosigned by 3 financially responsible persons, travel restricted to the SD/EDNY, surrender travel documents, strict PSA supervision.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant has been fully compliant with his release conditions and has reported as directed without incident. In light of the defendant's positive adjustment to PSA supervision, Pretrial Services recommends that the defendant's reporting requirements be changed from strict supervision to routine supervision. Pretrial Services has discussed this proposed bail modification with AUSA Lisa Zornberg and she advised that she does not object.

### PRAYING THAT THE COURT WILL ORDER

The condition of strict supervision be modified to routine supervision.

ORDER OF COURT

Considered and ordered ___2nd___ day of ___April___, 20 ___08___ and ordered filed and made a part of the records in the above case.

___Loretta A. Preska___
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___3/25/08___

___[signature]___
U.S. Pretrial Services Officer

Place ___233 Broadway NYC, NY 10279___